**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 785 MAL 2019

            Respondent                    :

                                            :   Petition for Allowance of Appeal
                                            :   from the Order of the Superior Court

            v.                              :

                                            :

PRESTON WAYNE WALTERS,           :

               :

            Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.